**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-6539**

———————

MICHAEL CAMPBELL,

Plaintiff - Appellant,

versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS;
G. P. MIRO, Warden; ALLENDALE CORRECTIONAL
INSTITUTION,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-95-1295-6-20AK)

———————

Submitted:  December 11, 1997      Decided:  December 23, 1997

———————

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael Campbell, Appellant Pro Se.  Marvin Coleman Jones, Christy
Scott Stephens, BOGOSLOW & JONES, Walterboro, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court.[*] <u>Campbell v. South Carolina Dep't of Corr.</u>, No. CA-95-1295-6-20-AK (D.S.C. Mar. 4, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] To the extent that Appellant raises a claim under the Religious Freedom Restoration Act (RFRA), this claim fails. <u>See</u> <u>City of Boerne v. Flores</u>, 117 S. Ct. 2157, 2159 (1997) (holding that Congress exceeded its power under the Fourteenth Amendment by applying RFRA to the states).